UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. SMITH, | No. C 06-5992 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CARL HOLM; et al., | |
| Defendants. | |

This action is dismissed without prejudice to plaintiff filing a habeas petition to challenge his conviction and without prejudice to plaintiff filing a civil action for damages concerning his conviction if it is ever set aside.

IT IS SO ORDERED AND ADJUDGED.

Dated: January 22, 2007

_____
SUSAN ILLSTON
United States District Judge