UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES E. SMITH,

        Plaintiff,

  v.

CARL HOLM; et al.,

        Defendants.
                              /

No. C 06-5992 SI (pr)

**ORDER**

    Plaintiff's motion for records and transcripts is DENIED as moot because the appeal has been dismissed. (Docket # 10.) This action is closed and plaintiff should not file any more documents in it.

    IT IS SO ORDERED.

Dated: June 21, 2007

                                                  SUSAN ILLSTON
                                          United States District Judge